JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD WHITTINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. CV 23-6211-MWF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 18, 2024

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE